UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ENVER MEHMETI,

                    Petitioner,

-against-

FEDERAL BUREAU OF PRISONS, ET AL.,

                    Respondents.
-----------------------------------------------------------------X

JUDGMENT
05-CV-5711 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 13 2006 ★
TIME A.M. _____ P.M. _____

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on April 7, 2006, dismissing petitioner's petition seeking to compel the Bureau of Prisons to make a determination as to petitioner's eligibility for pre-release designation to a Community Corrections Center; and ordering that petitioner's claim is rendered moot; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondents; that petitioner's petition seeking to compel the Bureau of Prisons to make a determination as to petitioner's eligibility for pre-release designation to a Community Corrections Center is dismissed; and that petitioner's claim is rendered moot.

Dated: Brooklyn, New York
       April 12, 2006

/s/ _____
ROBERT C. HEINEMANN
Clerk of Court